UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED - USDC - FLMD - OCA
APR 20 2026 PM12:41

PHILLIP ROY WASSERMAN,

    Plaintiff,

v.

WARDEN, FCC COLEMAN -
CAMP,

    Defendant.

_____/

Case No.:  5:26-cv-00243-JLB-PRL

---

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by:[2] Enter name(s)  *Phillip Roy WASSERMAN*

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Click or tap here to enter text.  *ATTACHED*

Each entity with publicly traded shares or debt potentially affected by the outcome:

Click or tap here to enter text.  *N/A*

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

Click or tap here to enter text.  *N/A*

---

[2] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

Each person arguably eligible for restitution:

Click or tap here to enter text. *NOT AVAILABLE*

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

Click or tap here to enter text. *N / A*

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____
[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]

Click or tap to enter a date.

1. Hon. Natalie Hirt Adams, U.S. Magistrate Judge

2. Adam Allen, Assistant Federal Defender

3. IRS Agent Sean Batsch , FORMER

4. AUSA Rachelle DeVaux Bedke , FORMER

5. Hon. Sean Flynn, U.S. Magistrate Judge

6. Former United States Attorney Roger Handberg

7. Hon. Charlene Honeywell, United States District Judge

8. Former Florida State Investigator Steven Howland

9. Assistant United States Attorney Rachel Jones

10. Co-Defendant Kenneth Rossman

11. William Sansone, Esq., Counsel for Appellant

12. Hon. Julie Sneed, U.S. Magistrate Judge

13. Hon. Thomas Barber, UNITED STATES DISTRICT JUDGE

14. JILLIAN JEWELL, ASSISTANT UNITED STATES ATTORNEY

Phillip Roy Wasserman
#73653-018
FCC- Coleman Camp
P O BOX 1027
Coleman, FL
33521

SCREENED
By USMS

TAMPA FL 335
SAINT PETERSBURG FL
17 APR 2026   PM 6   L



CLERK
DISTRICT COURT
207 N.W. 2nd St
Suite 337
Ocala, FL
34475

34475-666667

