UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILLIP ROY WASSERMAN,

Plaintiff,

v.                                                          Case No.:  5:26-cv-00243-JLB-PRL

WARDEN, FCC COLEMAN -
CAMP,

Defendant.

_____/

### NOTICE OF A RELATED ACTION[3]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.**

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☑      **IS** related to pending or closed civil or criminal case(s) previously filed in

---

[3] When filing via CM/ECF, use the "Notice of pendency of related cases" event under Civil Events-Other Filings-Notices.

this Court, or any other federal or state court, or administrative agency as indicated below:

*atta ched*

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

*Phillip R Wasserman*

[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]

Click or tap to enter a date.

Related Cases

Middle District of Florida-Tampa Division
8:20-CR-270-CEH

Middle District of Florida-Orlando-6:25 CV-02498-AGM

Appeal at Eleventh Circuit-24-10389
Appeal at Eleventh Circuit-25-1315

Appeal at Eleventh Circuit-From April 3, 2026 ruling denying Rule 33 motion-Docketed but no number received yet

Phillip M. Wasserman.
#73653-018
FCC- Coleman Camp
PO BOX 1027
Coleman, FL
        33521

CLERK
DISTRICT COURT
207 N.W. 2nd st
Suite 337
Ocala, FL
        34475

TAMPA FL 335
SAINT PETERSBURG FL
17 APR 2026 PM 6 L

FREEDOM
FOREVER/USA

SCREENED
BY USMS

34475-666667