**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**PHILLIP ROY WASSERMAN,**

      **Petitioner,**

  **v.**                             **Case No.:  5:26-cv-243-JLB-PRL**

**WARDEN, FCC COLEMAN - CAMP,**

      **Respondent.**

_____/

**ORDER TO RESPOND AND**
**NOTICE TO PETITIONER**

Petitioner initiated this action by filing a federal habeas corpus petition pursuant to 28 U.S.C. § 2241. Upon consideration of the Petition, it is hereby **ORDERED:**

A.    **CLERK OF COURT**: The **Clerk of Court** is directed to electronically deliver a copy of the Petition (Doc. 1) and this Order to the **Respondent**: **Warden, FCC Coleman** and the **United States Attorney** for the Middle District of Florida at the designated email addresses on file with the Clerk's Office. Additionally, the Clerk shall send a copy of the petition and this Order by certified mail to the **Attorney General** of the United States in Washington, D.C. All costs of service shall be advanced by the United States.

B.    **RESPONDENT**: Within **60 DAYS** from the date of service of process upon the United States Attorney, **Respondent shall**:

      1.    File a response and advise the Court whether the Petition is due to be granted, denied or dismissed. If applicable, Respondent shall state whether the Petition is subject to dismissal pursuant to *McCarthan v.*

*Director of Goodwill Indust. – Suncoast, Inc.*, 851 F.3d 1076 (11th Cir. 2017) (en banc).

2. Notably, if Respondent makes a substantive concession that may impact Petitioner's term of imprisonment or sentence, Respondent shall file, contemporaneous with its Response, a motion entitled "Motion for the Court to Review the Response Containing a Concession." Respondent shall also notify the Clerk's Office that such a motion has been filed.

C. **PETITIONER**:

1. Before counsel has appeared for Respondent, **Petitioner shall** send to Respondent a copy of every further pleading, motion, or other paper submitted to be filed in this case and to be considered by the Court. After counsel has appeared for Respondent, the copy shall be sent directly to counsel for Respondent, rather than to Respondent personally. Petitioner shall include with the original pleading or other paper that is submitted to be filed a certificate stating the date that an accurate copy of the pleading or other paper was mailed to Respondent or counsel for Respondent. If any pleading or other paper submitted to be filed and considered by the Court does not include a certificate of service upon Respondent or counsel for Respondent, it will be stricken from this case and disregarded by the Court.

- 3 -

2. **Petitioner shall** advise the Court of his current mailing address at all times. Failure to do so may result in the dismissal of this action without further notice.

3. Within, **45 DAYS** from the date Respondent files a Response, **Petitioner may** file a Reply, failing which the Petition will be deemed ripe for review.

D. Both parties shall ensure that all exhibits accompanying any pleadings which it submits to the Court shall be individually marked for identification and a table of contents or index shall be included to aid the Court in location of such documentary exhibits.

E. Upon receipt and review of Respondent's Response, the administrative record, and Petitioner's Reply, the court will determine whether an evidentiary hearing is warranted. *See* Rule 8, Rules Governing Section 2254 Habeas Corpus Cases. If the court determines that an evidentiary hearing is not warranted under Rule 8 and the record is sufficient to resolve the Petition, then the court may dispose of the Petition on the basis of the record presented without further notice to Petitioner.

**DONE AND ORDERED** at Ocala, Florida, on May 20, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record