**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**PHILLIP ROY WASSERMAN,**

    **Petitioner,**

**v.**                                                                    **Case No: 5:26-cv-243-JLB-PRL**

**WARDEN, FCC COLEMAN - CAMP,**

    **Respondent.**

### ORDER

This matter comes before the Court upon review of Petitioner's Motion to Supplement § 2241 Petition and Motion for Immediate Release on Bond (Doc. 8).

As to Petitioner's request to supplement the record, the Court grants the motion to the extent the Court will consider the supplemental information in the event it is relevant to resolving Petitioner's claims.

To the extent Petitioner seeks release on bond/bail while his § 2241 petition is pending, the motion is denied. A prisoner seeking release on bail while a habeas corpus petition is pending must satisfy two requirements: (1) he must demonstrate a likelihood of success on the merits of a substantial constitutional claim; and (2) extraordinary and exceptional circumstances must exist which make the grant of bail necessary to preserve the effectiveness of the habeas corpus relief sought. *Gomez v. United States*, 899 F.2d 1124, 1125 (11th Cir. 1990) (citations omitted). Here, Petitioner has not satisfied any of the aforementioned requirements. Although through his petition and in his motion he contends he is actually innocent, such contention is not sufficient to demonstrate a likelihood of success on the merits. Additionally,

Petitioner's contentions that he is not a flight risk, serves his sentence at a low-security camp, and is 69 years old are neither extraordinary nor exceptional.

Accordingly, Petitioner's Motion for Release (Doc. 8) is **GRANTED in part** to the extent that the Court will consider the supplemental factual information and **DENIED in part** to the extent Petitioner is not entitled to release on bail/bond while this case proceeds.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this June 12, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record